McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
DEBORAH L. STACHEL
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. MITCHELL,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>     Defendant. | CASE NO. **2:05-CV-00836-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND SEVENTY FIVE AND 00/100 DOLLARS ($5,075.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

MITCHELL v. Barnhart
EAJA Stip & Order
2:05-cv-00836-KJM         **1**

1  liability under the EAJA in this action.
2      Payment of the amount specified above shall constitute a
3  complete release from and bar to any and all claims of Plaintiff's
4  counsel relating to EAJA fees in connection with this action,
5  without prejudice to any future request for fees under the Social
6  Security Act, 42 U.S.C. § 406(b).
7  / / /
8  / / /
9  / / /
10 / / /

MITCHELL v. Barnhart
EAJA Stip & Order
2:05-cv-00836-KJM                    **2**

1

2  DATE: November 22, 2006        /s/ Ann M. Cerney (as authorized on
                                  November 22, 2006)
3                                 ANN M. CERNEY
                                  Attorney at Law
4
                                  Attorney for Plaintiff
5

6
   DATE: November 22, 2006        McGREGOR W. SCOTT
7                                 United States Attorney
                                  BOBBIE J. MONTOYA
8                                 Assistant U.S. Attorney

9
                             By:  /s/ Bobbie J. Montoya for
10                                DEBORAH L. STACHEL
                                  Special Assistant U.S. Attorney
11
                                  Attorneys for Defendant
12

13
   OF COUNSEL:
14 LUCILLE GONZALES MEIS
   CHIEF COUNSEL, REGION IX
15 UNITED STATES SOCIAL SECURITY ADMINISTRATION

16

17

18

19

20

21

22

23

24

25

26

27

28
   MITCHELL v. Barnhart
   EAJA Stip & Order
   2:05-cv-00836-KJM            **3**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,075.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: November 27, 2006.

_____
U.S. MAGISTRATE JUDGE

MITCHELL v. Barnhart
EAJA Stip & Order
2:05-cv-00836-KJM               **4**